UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22438-CIV-WILLIAMS

ESTRELLA INSURANCE INC.,

    Plaintiff,
vs.

ADHARMONICS, INC.,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. Defendants were served on October 9, 2014. To date, Defendants have not appeared or filed a responsive pleading to the Complaint. Federal Rule of Civil Procedure provides that the Clerk must enter default against a defendant who has failed to plead or otherwise defend.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)    The Clerk is directed to **ENTER DEFAULT** against Defendants.

(2)    On or before **December 12, 2014**, Plaintiff shall file a motion for final default judgment and serve it in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure or show cause why their claims against Defendant should not be dismissed for lack of prosecution. The motion shall be accompanied by a proposed default final judgment order setting forth the sum certain owed as money damages and the sum certain sought for attorneys' fees and costs supported by sufficient evidence, through affidavits or otherwise, to establish the basis for damages and

other relief sought in the pleadings. The motion shall also reference specific legal authority establishing Plaintiffs entitlement to relief sought.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of December, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE